IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-20069 |
| | ) | |
| XIANG HUI YE and XIAN XI YE, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The Motion for Release of Material Witnesses (d/e 43) is ALLOWED. Yan Feng Ye, Xiang Jin Ye, Pandeng Chen, Jin Cheng Li, Mateo Vasquez (Witnesses) are released from the custody of this Court.  The Witnesses have waived any right to review and sign deposition transcripts. The Witnesses are directed to provide the Court and their counsel with their permanent address and telephone numbers, if any.  Those Witnesses that are subject to detention by the Bureau of Immigration and Customs Enforcement, or other authority, are to be turned over to the appropriate authority.

IT IS THEREFORE SO ORDERED.

ENTER: <u>November 21</u>, 2006.

FOR THE COURT:

<u>s/Jeanne E. Scott</u>  
JEANNE E. SCOTT  
UNITED STATE DISTRICT JUDGE