IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-30069 |
| | ) | |
| XIANG HUI YE, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter came before the Court on January 31, 2008, for the sentencing hearing of Defendant Xiang Hui Ye.  Defendant Xiang Hui Ye appeared in person and by his attorneys Jon Gray Noll and Daniel L. Fultz.  The Government appeared by Assistant U.S. Attorney Patrick Chesley.  On October 12, 2007, a jury, after a trial, found Defendant Xiang Hui Ye guilty of: (1) harboring illegal aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), as alleged in Count 1 of the Indictment (d/e 29); and (2) hiring illegal aliens in violation of 8 U.S.C. § 1324a(a)(1)(A), as alleged in Count 2 the Indictment.  The United States Probation Office prepared a Revised Presentence Investigation Report (PSR), dated January 15, 2008.

1

The Government had no objections to the PSR.

The Defendant objected to the two-level adjustment in the PSR for obstruction of justice. U.S.S.G. § 3C1.1. For the reasons stated of record, the Court overruled the objection. The Court found that Defendant Xiang Hui Ye willfully lied at trial about a material matter when he denied that he told Mexican illegal aliens that they were fired, but that they could return to his employment if they secured false work documents. The Court, therefore, concluded that the adjustment was appropriate.

The Defendant withdrew his only other objection to the PSR. The Court, therefore, adopted the findings of the PSR as its own. Accordingly, the Court found that Defendant Xiang Hui Ye had a final Guideline Offense Level of 20, and was in Criminal History Category I, resulting in an advisory Guideline sentencing range of 33 months to 41 months, in Zone D of the Guidelines. The Court noted that the Guidelines are advisory, and that the Court was required to exercise its discretion to determine Defendant Xiang Hui Ye's sentence, considering the Guidelines, the statutory sentencing factors, and all other relevant information. United States v. Booker, 543 U.S. 220 (2005); 18 U.S.C. § 3553(a).

THEREFORE, after considering the case file, the evidence presented,

the Guidelines, the relevant statutory sentencing factors, the arguments of counsel, and the statement of Defendant Xiang Hui Ye, the Court sentenced Defendant Xiang Hui Ye to a term of 33 months imprisonment on Count 1, and 6 months on Count 2, to run concurrently; to be followed by 2 years of supervised release on Count 1; and imposed a $110.00 special assessment, which was due immediately. The Court determined that no fine should be imposed. The Court then informed Defendant Xiang Hui Ye of his appeal rights. Defendant Xiang Hui Ye also asked the Court to file a notice of appeal on his behalf. The Court directed the Clerk to file the notice. The Court further stated that defense counsel's Motion to Withdraw as Attorney of Record on Appeal (d/e 79) should be directed to the Court of Appeals. The Court directs the Clerk to forward this Motion (d/e 79) to the Court of Appeals for its consideration.

IT IS THEREFORE SO ORDERED.

ENTER: February 5, 2008

    FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                UNITED STATES DISTRICT JUDGE